

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00023-CV

| | | |
|---|---|---|
| ANTHONY F. VACCARO, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-330367-21) |
| V. | § | October 13, 2022 |
| RAYMOND JAMES & ASSOCIATES, INC., Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court.

It is further ordered that Appellee Raymond James & Associates, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach